## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act
### 29 U.S.C. § 216(b)

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my Fair Labor Standards Act litigation against
   CP Security Groups, Inc.
   
   arising out of claims of unpaid overtime wages. As a Plaintiff in this action, I agree to be
   bound by any judgment of the Court or settlement of this action.

3. During the past three years, while working as a private security officer for CP Security
   Group, Inc, there were occasions when I worked more than forty hours per week.

4. I choose to be represented by Cooper, Barton & Cooper, LLP for all purposes in this action
   and authorize them to take any steps necessary to pursue my claims, including filing a new
   lawsuit.

5. I understand that I may withdraw this consent at any time by notifying the above-listed
   attorneys in writing.

Date: Mar 19, 2021

_Kn⁊ V0_
Kenneth Grable (Mar 19, 2021 15:19 EDT)

Signature

Kenneth Grable
Print Name

---

*Information below will be redacted in filings with the Court.  Please print or type.*

Address:

City, State, Zip:

Best Phone Number(s) :

Email:

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act
### 29 U.S.C. § 216(b)

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my Fair Labor Standards Act litigation against CP Security Groups, Inc.

   arising out of claims of unpaid overtime wages. As a Plaintiff in this action, I agree to be bound by any judgment of the Court or settlement of this action.

3. During the past three years, while working as a private security officer for CP Security Group, Inc, there were occasions when I worked more than forty hours per week.

4. I choose to be represented by Cooper, Barton & Cooper, LLP for all purposes in this action and authorize them to take any steps necessary to pursue my claims, including filing a new lawsuit.

5. I understand that I may withdraw this consent at any time by notifying the above-listed attorneys in writing.

Date: 3-19-21

Signature

Arthur Redding
Print Name

---

*Information below will be redacted in filings with the Court. Please print or type.*

Address:

City, State, Zip:

Best Phone Number(s) :

Email: