# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

|  |  |
|---|---|
| **KENNETH GRABLE,** *et al.*, ) <br> ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **C P SECURITY GROUPS, INC.,** ) <br> ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION NO. 5:21-CV-95 (MTT)** |

## ORDER

Plaintiffs Kenneth Grable and Arthur Redding have again moved for an extension to file their motion for default judgment and for leave to issue and serve subpoenas before holding a conference pursuant to Federal Rule of Civil Procedure 26(f). Doc. 10. Rule 26(d)(1) states that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except … when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). The Clerk has entered default against the defendant, and the plaintiffs argue that the information and documents requested in the subpoenas are needed to support a motion for default judgment. Doc. 10 ¶¶ 12-16. The plaintiffs' motion for an extension and for leave to issue and serve subpoenas (Doc. 10) is **GRANTED**. The plaintiffs shall file their motion for default judgment by August 4, 2021.

**SO ORDERED**, this 9th day of July, 2021.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT