IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KENNETH GRABLE and ARTHUR REDDING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>C P SECURITY GROUPS, INC,<br><br>Defendant. | Civil Action No.:<br><br>5:21-cv-00095-MTT |

**PLAINTIFFS' THIRD MOTION FOR LEAVE TO FILE UNDER SEAL**

COME NOW Plaintiffs Kenneth Grable and Arthur Redding, individually and on behalf of all others similarly situated (hereinafter, collectively, "Plaintiffs"), by and through the undersigned counsel, and move the Court for an order allowing Plaintiffs to file declarations in support of their damages under seal and/or restricted to the case participants in this litigation:

1.

In Plaintiffs' Motion for Default Judgment, they intend to file several Declarations in support of their damages. (*See* Doc. 57, ¶ 17 (citing to Doc. 57-1 & 57-2).) These Declarations contain information that is prohibited under Local Rule 5.4 from public filing, including the last four digits of each declarant's social security numbers. The filings also include other personal information that, even if not specifically prohibited from public filing under the Local Rules, should still be considered sensitive information, including home addresses and detailed information concerning each declarant's compensation.

2.

The Court previously granted similar requests (Docs. 59; 61), and Plaintiffs subsequently submitted the Declarations of Plaintiff Therese Hollingshed (Doc. 60), Plaintiff Merrick Robinson (Doc. 60-1), Plaintiff Ulysses Finnell (Doc. 63), Plaintiff Kenneth Grable (Doc. 63-1), and Plaintiff Arthur Redding (Doc. 63-2). Similarly, the Court should find that good cause exists to allow Plaintiffs to file the Declaration of Plaintiff André Smith under seal and/or restricted only to participants in this case.

3.

Pursuant to the Local Rules and the CM/ECF Administrative Procedures of this Court, the undersigned is contemporaneously submitting the unredacted filings to the Court using the appropriate email address (i.e., macon.ecf@gamd.uscourts.gov).

WHEREFORE, Plaintiffs Kenneth Grable and Arthur Redding, individually and on behalf of all others similarly situated, respectfully request that the Court grant Plaintiffs leave to file the aforementioned documents under seal and/or otherwise restrict to only the participants in this case.

Respectfully submitted, this 22nd day of February, 2024.

                                               KENNETH E. BARTON III
                                               Georgia Bar No. 301171
                                               M. DEVLIN COOPER
                                               Georgia Bar No. 142447
                                               *Attorneys for Plaintiffs*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com
mdc@cooperbarton.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing PLAINTIFFS' THIRD MOTION FOR LEAVE TO FILE UNDER SEAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who is/are CM/ECF participant(s):

Melvin Raines II, Esq.
4061 Broadway
Macon, Georgia 31206
mrainesesq@gmail.com
*Attorney for Defendant*

This 22nd day of February, 2024.

                 KENNETH E. BARTON III
                 Georgia Bar No. 301171
                 M. DEVLIN COOPER
                 Georgia Bar No. 142447
                 *Attorneys for Plaintiffs*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com
mdc@cooperbarton.com