IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KENNETH GRABLE, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:21-cv-00095-MTT |
| | * |
| CP SECURITY GROUPS, INC., | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 13, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiffs Grable, Redding, Robinson, and Finnell in the amount of $ 131,940.93.  The amount shall accrue interest from the date of entry of judgment at the rate of 4.94 % per annum until paid in full.  Plaintiffs Hollingshead, Smith, Wilson, and Young are DISMISSED without prejudice.

This 14th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk