IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KENNETH GRABLE,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:21-CV-95 (MTT) |
| | ) | |
| **CP SECURITY GROUPS, INC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On October 11, 2024, the Court granted the plaintiffs' Motion to Compel Post-Judgment Discovery in favor of plaintiffs Kenneth Grable and Arthur Redding, individually and on behalf of all others similarly situated. Doc. 75. The Court instructed the plaintiffs to submit their attorney fee request with supporting evidence by October 24, 2024, and the plaintiffs timely filed an affidavit in support. *Id.* at 2; Doc. 76. For the reasons discussed, the Court finds that the plaintiffs are entitled to attorney fees and costs totaling $1,500.00.

As determined in the Court's previous order, the plaintiffs are entitled to reasonable attorney fees and costs in having to bring the Motion to Compel under Federal Rule of Civil Procedure 37(a)(5)(A)(i)-(iii). *See* Doc. 75 at 2. A reasonable attorney fee has two components: (1) a reasonable amount of hours spent on the case, and (2) a reasonable hourly rate. *In re Home Depot, Inc.*, 931 F.3d 1065, 1076 (11th Cir. 2019). A "reasonable hourly rate is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience,

and reputation." *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988).  "The party seeking attorney's fees bears the burden of producing 'satisfactory evidence that the requested rate is in line with prevailing market rates.'" *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994) (quoting *Norman*, 836 F.2d at 1299).

The plaintiffs have presented evidence of their attorney fees and costs through an affidavit submitted by counsel.  Doc. 76.  Plaintiffs' counsel spent about five hours pursuing the Motion to Compel.  *Id.* ¶ 18.  The hourly rate of plaintiffs' counsel is $300 per hour.  *Id.* ¶ 10.  Moreover, plaintiffs' counsel affirmed that "[t]his rate is consistent with market rates in the area … in correlation to similarly-situated attorneys and firms." *Id*. ¶ 11.  In total, the plaintiffs seek $1,500.00 in attorney fees and costs for hours spent bringing the Motion to Compel.  *Id*. ¶ 18.  Based on the evidence and the Court's knowledge and experience of reasonable hourly rates in the relevant area, the Court finds that the fees and expenses the plaintiffs incurred were reasonable. Accordingly, the plaintiffs are entitled to fees and costs totaling $1,500.00.

**SO ORDERED**, this 30th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT